Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Alabama

Case number (If known): _____ Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Anthony<br>First name<br>Michael<br>Middle name<br>Helferich<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br><br>Include your married or maiden names. | Tony<br>First name<br>Middle name<br>Helferich<br>Last name<br><br>First name<br>Middle name<br>Last name | First name<br>Middle name<br>Last name<br><br>First name<br>Middle name<br>Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 5 3 3 8<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and *doing business as* names

   ❏ I have not used any business names or EINs.

   Alacrity Legal Services
   Business name

   _____
   Business name

   4 7 - 3 7 1 4 5 9 8
   EIN

   ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

   ❏ I have not used any business names or EINs.

   _____
   Business name

   _____
   Business name

   ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Where you live**

   16608 Keeney Dr. E
   Number   Street

   Fairhope          AL    36532
   City              State ZIP Code

   Baldwin
   County

   **If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City              State ZIP Code

   **If Debtor 2 lives at a different address:**

   _____
   Number   Street

   _____
   City              State ZIP Code

   _____
   County

   **If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City              State ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

   *Check one:*

   ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ❏ I have another reason. Explain. (See 28 U.S.C. § 1408.)
   _____
   _____
   _____

   *Check one:*

   ❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ❏ I have another reason. Explain. (See 28 U.S.C. § 1408.)
   _____
   _____
   _____

Debtor 1  Anthony Michael Helferich                     Case number (if known)_____
         First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

8. **How you will pay the fee**

   ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

   ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY
           District _____ When _____ Case number _____
                                   MM / DD / YYYY
           District _____ When _____ Case number _____
                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☑ No
    ☐ Yes.  Debtor _____ Relationship to you _____
            District _____ When _____ Case number, if known _____
                                   MM / DD / YYYY

            Debtor _____ Relationship to you _____
            District _____ When _____ Case number, if known _____
                                   MM / DD / YYYY

11. **Do you rent your residence?**

    ☐ No. Go to line 12.
    ☑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

       ☑ No. Go to line 12.
       ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101         Voluntary Petition for Individuals Filing for Bankruptcy         page 3

Debtor 1 __Anthony Michael Helferich__  
     First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Anthony M. Helferich, dba Alacrity Legal Services (Sole Proprietorship)  
Name of business, if any

818 Western America Dr.  
Number   Street

Mobile                               AL     36609  
City                               State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____  
                       Number   Street

_____  
City                         State   ZIP Code

Debtor 1 **Anthony Michael Helferich**    Case number (if known) _____
First Name   Middle Name   Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ signature_                           X _____
Signature of Debtor 1                         Signature of Debtor 2

Executed on __04/25/2016__                   Executed on _____
            MM / DD / YYYY                                MM / DD / YYYY

Debtor 1 __Anthony Michael Helferich__    Case number (if known)_____
         First Name  Middle Name  Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____    Date _____
Signature of Attorney for Debtor                   MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____   _____   _____
City                                    State    ZIP Code

Contact phone _____   Email address _____

_____   _____
Bar number                      State

| Debtor 1 | Anthony Michael Helferich | Case number (if known) | |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
❏ Yes. Name of Person_____
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _/s/ signature_   X _____
Signature of Debtor 1                 Signature of Debtor 2

Date   04/25/2016                     Date   _____
       MM / DD / YYYY                        MM / DD / YYYY

Contact phone (251) 222-2911          Contact phone _____

Cell phone    (251) 222-2911          Cell phone    _____

Email address helfericha@gmail.com    Email address _____

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 8

Case 16-01348   Doc 1   Filed 04/25/16   Entered 04/25/16 15:41:20   Desc Main
                Document      Page 8 of 15

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re: Anthony Michael Helfrich
      Debtors

Case No. _____
Chapter _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney (if applicable), do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheets is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Date: 4-25-16        Signed: _____

Date: _____        Signed: _____

Verizon
PO Box 4001
Acworth, GA 30101

Verizon
PO Box 660108
Dallas, TX 75266

Amsher Collection Services Inc
4524 Southlake Pkwy
Ste 15
Hoover, AL 35244

Comcast Cable
PO Box 105257
Atlanta, GA 30348

Department of the Treasury
Internal Revenue Service
P.O. Box 69
Memphis, TN 38101

Department of the Treasury
Internal Revenue Service
Stop 6525 (SC CIS)
Kansas City, MO 64999

Alabama Department of Revenue
PO Box 327442
Montgomery, AL 36132

Aflac
Worldwide Headquarters
1932 Wunnton Road
Columbus, GA 31999

Urology Associates of Mobile PA
168 Mobile Infirmary Blvd.
Mobile, AL 36607

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255

T-Mobile
PO Box 742596
Cincinnati, OH 45274

T-Mobile
P.O. Box 660252
Dallas, TX 75266

Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616

Enterprise Rent-A-Car
PO Box 801988
Kansas City, MO 36105

Allied International Credit Corp.
6800 Paragon Place
Suite 400
Richmond, VA 23230

Argus Capital Funding
Time Warner Center
25 Columbus Circle
Suite 64F
New York, NY, 10019

Yellowstone Capital, LLC
160 Pearl Street
New York, NY, 10005

U.S. Business Lending
111 Miami Gardens Drive
Suite 316
Miami Gardens, FL 33169

Westwood Funding
101 NE 3rd Ave
Suite 1534
Fort Lauderdale, FL 33301

Bizfi
460 Park Avenue South
10th Floor
New York, NY 10016

Cash Cow Capital LLC
875 Avenue of the Americas
Suite 501
New York, NY 10001

Powerline Funding LLC
111 Eighth Ave.
New York, NY 10011

Greenstar Capital Solutions
40 SE 5th Street
Suite 405
Boca Raton, FL 33432

AFNI, INC.
PO BOX 3427
BLOOMINGTON, IL 61702

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

CAPITAL ONE AUTO FINANCE
PO BOX 259407
PLANO, TX 75025

FIRST GENERAL CREDIT UNION
589 E ELLIS RD
NORTON SHORES, MI 49441

NATIONAL CREDIT SYSTEMS
PO BOX 312125
ATLANTA, GA 31131

CIMARRON RIDGE APARTMENTS
6427 Grelot Rd
Mobile, AL 36695

Captial Stack LLC
11 Broadway
Suite 814
New York, NY 10004

NAVIENT
PO BOX 9500
WILKES BARRE, PA 18773

SANTANDER CONSUMER USA
5201 RUFE SNOW DR
NORTH RICHLAND HILLS, TX 76180

ACS/DEPT OF EDUCATION
PO BOX 7051
UTICA, NY 13504

Great Lakes Higher Education Corporation & Affiliates
2401 International Lane
Madison, WI 53704

GREAT LAKES HIGHER EDUCATION
PO BOX 7860
MADISON, WI 53707

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

DTE ENERGY
1 ENERGY PLZ # WCB2106
DETROIT, MI 48226

Alabama Power
PO Box 242
Birmingham, AL

Alabama Power
6396 Airport Blvd.
Mobile, AL 36608

NELNET/EDUCATION FINANCIAL
3015 S PARKER RD
STE 400
AURORA, CO 80014

PNC BANK, N.A
PO BOX 3180
PITTSBURGH, PA 15230

REGION/AMS
PO BOX 11007
BIRMINGHAM, AL 35288

Riviera Utilities
700 Whispering Pines Rd
Daphne, AL 36526

Mediacom
25508 Cabinet Shop Rd.

Loxley, AL 36551

Daphne Utilities
900 Daphne Ave.
Daphne, AL 36526

ACRANET/CAPITAL STACK
2715 CONEY ISLAND AVE
BROOKLYN, NY 11235

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Washington Mutual
1301 Second Ave.
Seattle, WA 98101

Paypal
2211 North First Street
San Jose, CA 95131

eBay, Inc.
2065 Hamilton Ave
San Jose, CA 95125

South Baldwin Regional Medical Center
1613 N McKenzie St
Foley, AL 36535

Thomas Hospital
750 Morphy Ave
Fairhope, AL 36532

Midland Credit Management
P.O. Box 939069
San Diego, California 92193

Midland Funding
P.O. Box 939069
San Diego, California 92193

B & B Mini Storage
16151 S Greeno Rd
Fairhope, AL 36532

Thomas and Patricia Helferich

2202 S Wolf Lake Road
Muskegon, MI 49442

Steve Helferich
1926 N Weber Rd.
Muskegon, MI 49445

Joe Helferich
1926 N Weber Rd.
Muskegon, MI 49445

Geoff Eerbeek
318 Ruddiman Dr.
North Muskegon, MI 49445

BBVA Compass
3830 Gulf Shores Pkwy
Gulf Shores, AL 36542

GE Money
901 Main Ave.
Norwalk, CT 06851

Synchrony Bank
950 Forrer Blvd.
Kettering, OH 45420

GE Capital Retail Bank
950 Forrer Blvd.
Kettering, OH 45420

GE Capital Retail Bank
170 Election Road
Suite 125
Draper, UT 84020

Bill Me Later
PO Box 5138
Timonium, MD 21094

Meijer ~~and meijer credit card~~
2929 Walker Ave., NW
Grand Rapids, MI 49544

Best Buy
7601 Penn Ave S.
Richfield, MN 55423

Care Credit
2995 Red Hill Ave. #100
Costa Mesa, CA 92626

Beverly Hills Apartments
415 Mitzi St.
Muskegon, MI 49445

Consumers Energy
PO Box 740309
Cincinatti, OH 45274

AT+T
208 S. Akard St.
Dallas, TX 75202

Sprint
6200 Sprint Pkwy
Overland Park, KS 66211

Alltel
1 Allied Dr.
Little Rock, AR 72202